PEOPLE, ex rel. JOHN T. HANEMAN, Appellant, *v.* THE BOARD OF TAX COMMISSIONERS OF THE CITY AND COUNTY OF NEW YORK, Respondent.

THE PEOPLE, ex rel. GUSTAVUS BUNGE, Appellant, *v.* THE SAME, Respondent.

THE PEOPLE, ex rel. ERNST PFARRIUS, Appellant, *v.* THE SAME, Respondent.

A decision of the Supreme Court quashing a writ of *certiorari* is not appealable to this court.

(Submitted June 16, 1881; decided June 23, 1881.)

THIS was an appeal from a judgment of General Term entered upon an order quashing a writ of *certiorari.*

The court say : " We have many times decided that an appeal to this court is not allowed from a decision of the Supreme Court quashing a writ of *certiorari.* (*The People ex rel. Vanderbilt et al.* v. *Stilwell et al.,* 19 N. Y. 531; *The People ex rel. Davis* v. *Hill et al.,* 53 id. 547; *Pelton* v. *Ins. Co.,* 77 id. 605.) If in these cases judgment had been made affirming the action of the commissioners of taxes, appeals could have been taken to this court. In the prior case of *The People ex rel. Haneman* v. *The Commissioners of Taxes,** the appeal to this court was from such a judgment.

In these cases the writs of *certiorari* were merely quashed and vacated, and the appeals should, therefore, be dismissed, without costs."

*Anthony B. Porter* for appellants.

*J. A. Beall* for respondents.

*Per Curiam.* Mem. for dismissal of appeal.
All concur.
Appeal dismissed.

* Mem. 73 N. Y. 607.